**Berdelle G. BROWN–HECKSTALL, Appellant,**

**Play and Learn TOYS, Appellee,**

v.

**U.S. GOVERNMENT, et al., Appellees.**

No. 03–5272.

United States Court of Appeals, District of Columbia Circuit.

Aug. 17, 2004.

Berdelle G. Brown-Heckstall, Washington, DC, for Plaintiff–Appellant.

Before GINSBURG, Chief Judge, and HENDERSON and ROBERTS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's August 25, 2003 denial of leave to file documents be affirmed. Appellant has not shown any error in the denial of leave to file.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.